FILED
2016 Sep-26 PM 06:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| THE FLORENCE ENDOCRINE CLINIC, PLLC, on behalf of plaintiff and the class defined below, <br><br> Plaintiff, <br><br> v. <br><br> ARRIVA MEDICAL, LLC, <br><br> Defendant. | Case No.: 3:16-CV-01289-AKK <br> CLASS ACTION |

## DECLARATION OF NICHOLAS A. OLDHAM

1. My residence address is 1131 S. Forrest Drive, Arlington, VA 22204.

2. I am an attorney at the law firm King & Spalding, LLP, 1700 Pennsylvania Avenue, NW, Suite 200, Washington, DC. My telephone number is (202) 626-3740, and my fax number is (202) 626-3737. My e-mail address is noldham@kslaw.com.

3. I have been admitted to the following courts: United States Court of Appeals for the Fourth Circuit (2016), United States Court of Appeals for the Ninth Circuit (2003), United States Court of Appeals for the Federal Circuit (2005), United States District Court for the Eastern District of New York (2014), United States District Court for the Northern District of Georgia (2011), United States District Court for the District of Columbia (2005), and United States Court of Federal Claims (2005).

2

4.  I am a member in good standing of all courts to which I have been admitted, including the Bar of Georgia. (Exhibit 1, *Certificate of Good Standing*).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Nicholas A. Oldham*             09/26/2016
Nicholas A. Oldham                   Date



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Nicholas Andrew Oldham
King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, DC  20006

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 11/30/2010
**BAR NUMBER:** 592701
**TODAY'S DATE:** 06/23/2016

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose current status is Active are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member.  It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court.  With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints.  Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435